Mr. Mills, you've reserved 2 minutes for rebuttal. You may proceed. Thank you, Your Honor. May it please the Court, I am Paul Mills, counsel for Appellants. Your Honors, the question is, did Appellees comply with Fair Notice? Because Appellees' permission covered only being in Zuccotti Park, not unlawful activity while in the park, specifically pitching tents there. The answer is no. The record fails to support Appellees' post-hook claim that these were tent-based arrests. This Court should remand with instructions consistent with a finding that Appellees violated the Fair Notice Doctrine. That concludes Appellants' opening statement. All right, so any questions from the panel? We begin with Judge Winter. No, I don't have any, thank you. Judge Wexler? No, Your Honor. All right, I guess I don't really either, I mean, I think the briefs are fairly clear. Is there anything else you'd like to say, Mr. Mills? No, thank you, Your Honor. Okay. Mr. Shapiro? Yes, may it please the Court, Zach Shapiro for the Appellees. At bottom, as Plaintiff's opening statement suggested, their theory all rests on their argument that they had a right to permanently reside in Zuccotti Park without regard to their erection of unlawful structures and without regard to their exclusion of other members of the public, but they had no such right, and so their claims all fail. Taking those claims in turn, first, their First and Fourth Amendment arrest claims fail because the defendants here had probable cause for each of the separate offenses of obstruction of governmental administration, disorderly conduct, and trespass, any one of which would be sufficient to defeat their claims. For each of those cases, with respect to each of those charges, they had no, the officers here could lawfully exclude them from the plaza so that it could be cleared of the obstructions and hazards that they had accumulated, and they blatantly defied that order. Second, even assuming that plaintiffs are asserting a First Amendment discrimination claim separate from their arrest argument, that the dispersal order here reflected a reasonable time, place, or manner restriction. It was content neutral and that applied to everyone without regard to speech. It was narrowly tailored to the significant governmental interest in keeping the plaza safe and open to the public, and it left open ample alternative channels of communication because plaintiffs could just temporarily relocate to any other public space in the vicinity. To give just one example on that point, plaintiffs could continue to occupy Wall Street just by walking down from Zuccotti Park to Wall Street itself. Third, on their 14th Amendment claim, they first had no liberty or property interest in residing on the plaza. In fact, their argument on that point keeps changing. They first said they had a property interest. When the district court rejected that, they changed it to an interest as a third party beneficiary. In their reply brief, for the first time, they argued that they had a First Amendment liberty interest, but they can't bootstrap their 14th Amendment argument when there was a valid time, place, or manner restriction defeating their First Amendment argument. And just as a final point, even putting all those problems aside, the defendants here, the individual defendants, were entitled to qualified immunity. And plaintiffs haven't plausibly pled municipal liability. So with that, I'd be happy to answer any of your Honor's questions. All right, Judge Winter, do you have any questions? No, I don't. Thank you, Mr. Shapiro. And Judge Wesley, do you have any questions for Mr. Shapiro? No, do I. All right, I don't either. So thank you, Mr. Shapiro. We'll now hear from Mr. Mills, who has two minutes of rebuttal. Thank you, Your Honor. Unless the court has questions for appellants, appellants waive rebuttal. OK, any questions from either of the panelists, Judge Wesley? Not for me. Judge Winter? Not for me. All right. And nor do I have any questions. So that's fine, Mr. Mills. Thank you. Let me thank you both. We'll reserve decision. Have a nice day.